**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NICHELLE CHAMBERLAIN, | No. 4:22-CV-00366 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| RES-CARE, INC., | |
| Defendant. | |

**ORDER**

**OCTOBER 11, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY**

**ORDERED** that:

1.      Defendant Res-Care's Motion to Dismiss (Doc. 5) is **GRANTED**.

2.      Insofar as Counts I (Title VII claim) and II (PHRA claim) raise constructive discharge claims, they are **DISMISSED WITH PREJUDICE**.

3.      All remaining claims contained in Counts I, II, and III (retaliation claim) are **DISMISED WITHOUT PREJUDICE**. If Chamberlain elects to plead over on Counts I, II, or III, she must file an amended pleading by October 25, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge